## COX *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 89, September Term, 1962.]

*Decided June 11, 1963.*

Before the full Court.

PER CURIAM.

Based on the finding of Judge Cardin below that the plea of guilty was knowingly and voluntarily made, *Lowe v. State,* 111 Md. 1, and his other findings of fact, the application for leave to appeal will be denied.

*Application denied.*